■ KAREN CUNETTA et al., Appellants, v BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Respondents, et al., Defendants.—In a negligence action to recover damages for personal injuries, etc., the plaintiffs appeal from an order of the Supreme Court, Kings County (Scholnick, J.), entered

October 7, 1985, which granted the respondents' motion to dismiss the complaint as against them for failure to state a cause of action, or, in the alternative, for summary judgment dismissing the complaint.

Order affirmed, with costs.

The respondents cannot be held liable in this matter absent a special duty owed to the plaintiffs *(see, e.g., Vitale v City of New York,* 60 NY2d 861, *rearg denied* 61 NY2d 759). In opposing the respondents' motion, the plaintiffs failed to meet their burden of establishing a sufficient factual predicate to indicate the existence of such a special duty *(see, Corcoran v Community School Dist. 17,* 114 AD2d 835).

We have reviewed the plaintiffs' remaining contentions and find them to be without merit. Thompson, J. P., Niehoff, Rubin and Kunzeman, JJ., concur.